IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA     :

           Plaintiff         :   Case No. 3:11-CR-161

       vs.                :   HONORABLE WALTER HERBERT RICE
SMITH, Shaun               :

           Defendant     :

---

ORDER AMENDING BOND CONDITIONS

---

For good cause shown, the Court hereby amends the bond conditions filed in this matter on December 5, 2011, to include:

     *1) Permission to travel to Monroe County, Michigan, to fulfill his commitment to his bowling team.*

All other bond conditions remain in full force and effect.

Date: 1-11-12                                _____

                                            HONORABLE WALTER HERBERT RICE
                                            UNITED STATES DISTRICT JUDGE