IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff(s)

vs

SHAUN SMITH

    Defendant(s).

Case No. 3:11-cr-00161

Judge Walter Herbert Rice

**ORDER**

Upon request of defendant and for good cause shown, it is hereby ORDERED that defendant is deferred from reporting to FCI Elkton until Monday, April 9, 2013.

The United States Marshal Service is to seek a new designation and report time.

                                          s/ Walter H. Rice
                                          **WALTER H. RICE, JUDGE**
                                          **UNITED STATES DISTRICT COURT**